# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043   For payments Only:
Trustee   Facsimile: (518) 449-2473   P.O Box 1918
**Bonnie Baker, Esq.**   Memphis, TN 38101-1918
Assoc. Attorney

February 18, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   05-19646   Marsha D. Darrah

To Whom It May Concern:

    Enclosed please find check #**922357** in the amount of $.54. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.   24

Account#   4257056

Creditor   Crdt Bureau of Rochester
300 Canal View Blvd., Suite 130
Rochester, NY 14623

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli